DAVID N. BARRY, ESQ. (SBN 219230)
**THE BARRY LAW FIRM**
11845 W. Olympic Blvd., Suite 1270
Los Angeles, CA 90064
Telephone: 310.684.5859
Facsimile: 310.862.4539

Attorneys for Plaintiff, JAMMIE KOHEN

SPENCER P. HUGRET, ESQ. (SBN 240424)
**GORDON REES SCULLY MANSUKHANI, LLP**
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: 415.986.5900
Fax: 415.986.8054

Attorneys for Defendant, FORD MOTOR COMPANY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FORD MOTOR CO. DPS6 POWERSHIFT TRANSMISSION PRODUCTS LIABILITY LITIGATION | Case No. 2:18-ml-02814-AB-PVC |
| | **JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE** |
| THIS DOCUMENT RELATES TO: Jammie Kohen v. Ford Motor Company, Central District of California, Case No. 2:20-cv-00141-AB-FFM | |

Plaintiff Jammie Kohen and Ford Motor Company by and through their respective counsel of record, hereby submit this Joint Stipulation to Dismiss with Prejudice as follows:

1. WHEREAS plaintiff intends to seek class member benefits under the arbitration program established by the Vargas settlement.

-1-

1    **THEREFORE, IT IS HEREBY STIPULATED** by and between Plaintiff

2    and Defendant, by and through their attorneys of record, that the above entitled

3    matter be dismissed in its entirety with prejudice, with each party to the dismissal to

4    bear its own costs and fees, pursuant to Federal Rule of Civil Procedure

5    41(a)(1)(A)(ii). Plaintiff and Defendant mutually waive all demands for each's

6    costs and fees associated with this matter.

7

8    **IT IS SO STIPULATED.**

9    DATED:  November 3, 2020          THE BARRY LAW FIRM

10

11                    By:    /s/ *David N. Barry*____

12                            David N. Barry
                            Attorney for Plaintiff,

13                            JAMMIE KOHEN

14    DATED:  November 3, 2020          GORDON REES SCULLY

15                                    MANSUKHANI, LLP

16

17                    By:     /s/ *Spencer P. Hugret*_

18                            Spencer P. Hugret
                            Attorney for Defendant,

19                            FORD MOTOR COMPANY

20

21

22

23

24

25

26

27

28                            -2-

**JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 4, 2020, I filed the foregoing document entitled **JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE** with the clerk of court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

/s/ David N. Barry

David N. Barry
Attorney for Plaintiff,
JAMMIE KOHEN

**CERTIFICATE OF SERVICE**